UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMARA DAVIS, | Civil No.  3:10-cv-05947-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) for either a finding of disability on the record, or a de novo hearing and the issuance of a new decision.  Upon remand, the ALJ will request updated medical records, hold a hearing (with further VE input if necessary), and in the new decision address all medical opinions of record, articulating why each is or is not persuasive, in accordance with 20 CFR 416.927, and applicable Social Security Rulings.  As appropriate, he will again determine the materiality of the claimant's drug abuse, pursuant to 20

Page 1         ORDER OF REMAND - [3:10-cv-05947-KLS]

CFR 416.935 and P.L. 104-121.  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 6th day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT, WSB #29081
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov