UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMARA DAVIS, | Civil No. 3:10-cv-05947-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated June 6, 2011.

DATED this 6th day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

Page 1  JUDGMENT - [3:10-cv-05947-KLS]